# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 7, 2016

### NO. 03-14-00617-CR

**Nathaniel Paul Fox, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
AFFIRMED IN PART; VACATED IN PART -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was error in the trial court's judgment. Because of the double-jeopardy violation, we vacate the conviction for aggravated assault of a family or household member with a deadly weapon and the related prison sentence, and otherwise affirm the judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.